FILED

Jul 18 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ darcig      DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRIK CORLLEY,<br><br>           Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>           Respondent. | Case No.: 16-1301 WQH (JLB)<br><br>**ORDER:**<br>**(1) DIRECTING CLERK OF COURT TO FILE PETITION AS AN ORIGINAL MOTION TO REOPEN AND AMEND IN CASE No. 15cv1361 JLS (WVG); and**<br>**(2) CLOSING CASE** |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his conviction in San Diego Superior Court Case No. SCD231389. (*See* Pet. at 1-2, ECF No. 1.) Petitioner previously filed a federal habeas corpus petition in this Court in Case No. 15cv1361 JLS (WVG), in which he challenged the same state court conviction as the Petition filed in this case. (*See* Pet. filed June 19, 2015 in So.Dist.Ca.Civil Case No. 15cv1361 JLS (WVG) [ECF No. 1].) In 15cv1361 JLS (WVG), Petitioner raised three claims. (*See* Pet. filed June 19, 2015 in So.Dist.Ca.Civil Case No. 15cv1361 JLS (WVG) [ECF No. 1].) The case was dismissed on July 17, 2015 because Petitioner had failed to name a proper Respondent. (*See* Order filed July 17, 2015 in So.Dist.Ca.Civil Case No. 15cv1361 JLS (WVG) [ECF No. 3].)

Petitioner was given until September 1, 2015 to file a First Amended Petition that cured the pleading deficiencies outlined in the Court's Order. (*Id.*)

Petitioner did not file a First Amended Petition. Rather, on February 3, 2016, he filed a letter notifying the Court that he was exhausting additional claims in state court. (*See* Letter filed nunc pro tunc to Feb. 3, 2016 in So.Dist.Ca.Civil Case No. 15cv1361 JLS (WVG) [ECF No. 6].) Then, on May 31, 2016, he filed a petition in this case. The Petition in the current case raises the three claims he raised in case no. 15cv1361 JLS (WVG) plus an additional five claims. (*See* Pet.). On June 13, 2016, he filed a letter in this case notifying the Court that the Petition in 16cv1301 WQH (JLB) contained recently exhausted claims. He further state that he intended the Petition in this case to be consolidated with his previous case, 15cv1361 JLS (WVG), and be deemed a supplemental petition in that case. (*See* Letter, ECF No. 3.)

In *Woods v. Carey*, 525 F.3d 886, 890 (9th Cir. 2008), the Ninth Circuit held that a new pro se petition challenging the same conviction as a pending petition, which is filed before the first petition is adjudicated, should be liberally construed as a motion to amend the pending petition rather than summarily dismissed as second or successive. It is clear from Petitioner's letter that he intended the Petition in this case to be Amended Petition in his older case, case no. 15cv1361 JLS (WVG). Accordingly, the Court **ORDERS** as follows:

(1) The Clerk of Court is directed to file the Petition in this case as a Motion to Reopen and Amend the Petition in case no. 15cv1361 JLS (WVG);

(2) The Scheduling Order, filed July 1, 2016 in this case is **VACATED**; and

(3) The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: 7/17/16

William Q. Hayes
United States District Judge