# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK CORRLEY,<br><br>                  Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>                  Respondent. | Case No.: 16cv1301 WQH (JLB)<br><br>**ORDER DENYING MOTION FOR STAY** |

Petitioner, a state prisoner proceeding pro se, has filed a motion for stay in the above referenced case [ECF No. 12].

On June 19, 2015, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this Court. The petition was assigned case number 15cv1361 JLS (WVG). Petitioner did not pay the $5.00 filing fee and did not move to proceed in forma pauperis, but did provide a prisoner trust accounts statement which the Court construed as a motion to proceed in forma pauperis. (*See* ECF Nos. 1-2 in case no. 15cv1361 JLS (WVG).) On July 17, 2015, the Court granted Petitioner in forma pauperis status, but dismissed the case without prejudice and with leave to amend because Petitioner had failed to name a proper Respondent. (*See* ECF No. 3 in case no. 15cv1361 JLS (WVG).) Petitioner was given until September 1, 2015, to file a First Amended Petition that named

16cv1301 WQH (JLB)

a proper Respondent. (*Id.*) Petitioner did not file a First Amended Petition by September 1, 2015, and thus the case remained dismissed.

On February 3, 2016, Petitioner submitted a letter in case number 15cv1361 JLS (WVG) in which he explained he had submitted petitions for writ of habeas corpus in the state courts in order to exhaust additional claims. The letter was not docketed, however until June 28, 2016. (*See* ECF Nos. 5-6 in case no. 15cv1361 JLS (WVG).) By that time, on May 31, 2016, had Petitioner filed a second habeas corpus petition pursuant to 28 U.S.C. § 2254 in this case, 16cv1301 WQH (JLB). On June 7, 2016, the Court dismissed this case without prejudice and with leave to amend because Petitioner had failed to either pay the $5.00 filing fee or move to proceed in forma pauperis [ECF No. 2].

On June 13, 2016, Petitioner submitted a letter in this case explaining to the Court he intended the Petition in this case to be consolidated with the petition he filed in case no. 15cv1361 JLS (WVG). (*See* ECF No. 3.) On June 23, 2016, Petitioner filed a motion to proceed in forma pauperis in this case in compliance with the Court's June 7, 2016 dismissal Order. (ECF No. 4.) The Court reopened this case and issued a Notice of Opportunity to Consent to Magistrate Judge Jurisdiction and Order Requiring Response on July 1, 2016. (ECF No. 6.)

Pursuant to the Ninth Circuit's holding in *Woods v. Carey*, 525 F.3d 886, 890 (9th Cir. 2008) (holding that a new pro se petition challenging the same conviction as a pending petition, which is filed before the first petition is adjudicated, should be liberally construed as a motion to amend the pending petition rather than summarily dismissed as second or successive), the Court issued an Order on July 18, 2016, directing the Clerk of Court to file the petition in this case as a Motion to Reopen and Amend the Petition in case number 15cv1361 JLS (WVG). (*See* ECF No. 9; ECF No. 7 in case no. 15cv1361 JLS (WVG).) This case was then closed.

An Order setting a briefing schedule on Petitioner's motion to reopen and amend in case no. 15cv1361 JLS (WVG) was issued on July 20, 2016. (*See* ECF No. 8.)

1  Respondent's response to the motion is due on September 15, 2016.  Petitioner's reply is
2  due November 3, 2016.  (*Id.*)
3        This case remains closed.  The motion for stay is **DENIED**.  Petitioner is informed
4  that he must pursue all challenges to his January 19, 2016 conviction in San Diego
5  Superior Court case no. SCD231389 in case no. 15cv1361 JLS (WVG).  ***The Clerk of***
6  ***Court is directed to mail Petitioner a copy of the docket in this case and in case no.***
7  ***15cv1361 JLS (WVG).***
8        **IT IS SO ORDERED.**
9   Dated:  August 10, 2016

                                         */s/ William Q. Hayes*
                                    Hon. William Q. Hayes
                                    United States District Court